UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Myra Guilbeau

v.                                        Case Number: 4:19–cv–03628

State Farm Lloyds

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by telephone
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/14/2020

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Scheduling Conference

Date:   April 21, 2020

                                              David J. Bradley, Clerk