United States District Court
Southern District of Texas
**ENTERED**
May 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MYRA GUILBEAU** | § | |
| | § | |
| **vs.** | § | **C.A. NO. 4:19-cv-03628** |
| | § | **(JURY)** |
| **STATE FARM LLOYDS** | § | |

## **ORDER**

The Parties Motion to Postpone the Court's May 14, 2020, scheduling conference is Granted. Accordingly, the May 14, 2020, scheduling conference is canceled and is reset to _July 28_, 2020 at _10:00 am_.

The Parties are also ordered to notify the Court if mediation is successful.

Signed at Houston, Texas on this _1st_ day of _May_, 2020.

_____
United States Magistrate Judge
Peter Bray